

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 12-CV-9111 |
| ) | JUDGE REBECCA R. PALLMEYER |
| LOGAN'S BAR & GRILL, INC. d/b/a ) | |
| LOGAN'S BAR & GRILL, and ERIC M. ) | |
| WHITE, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Logan's Bar & Grill, Inc. d/b/a Logan's Bar & Grill, and Eric M. White is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of seven (7) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Logan's Bar & Grill, Inc. d/b/a Logan's Bar & Grill, and Eric M. White, jointly and severally, statutory damages in the amount of $2,000 for each of the seven (7) musical compositions, for a total of $14,000, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Logan's Bar & Grill, Inc. d/b/a Logan's Bar & Grill, and Eric M. White, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $3,897.00, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Logan's Bar & Grill, Inc. d/b/a Logan's Bar & Grill, and Eric M. White, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Logan's Bar & Grill, Inc. d/b/a Logan's Bar & Grill, and Eric M. White, and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: _Jan. 31_, 2013

Hon. Rebecca R. Pallmeyer
UNITED STATES DISTRICT JUDGE